Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BRIAR H. JEG, | NO. 3:11-cv-05134 |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| CHEHALIS SCHOOL DISTRICT, | |
| Defendant. | |

COMES NOW the Defendant, by and through its attorneys, Michael B. Tierney and John Stellwagen of Tierney Law Firm, P.C., and Plaintiff, Briar Jeg, by and through his attorney, Robert L. Schroeter, and stipulate as follows:

That a settlement has been reached and Plaintiff's complaint against the Defendant can be dismissed with prejudice and without cost to any party.

Stipulation and Order of Dismissal - 1
Cause No. 3:11-cv-05134

**TIERNEY LAW FIRM, PC**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

DATED this 8th day of December, 2011.   DATED this 8th day of December, 2011.

MICHAEL B. TIERNEY, P.C.               ROBERT L. SCHROETER

By: /s/Michael B. Tierney               By: /s/ Robert L. Schroeter
   Michael B. Tierney, WSBA #3662      Robert Schroeter, WSBA #20399
   John M. Stellwagen, WSBA #27623     Attorney for Plaintiff
   Attorneys for Defendants

## ORDER

THIS MATTER having come on regularly before the undersigned Judge this day upon the above Stipulation of the parties by their respective attorneys of record, it is hereby ORDERED that Plaintiff's complaint against the Defendant is hereby dismissed with prejudice and without costs to any party.

DATED this 15th day of December, 2011.

_/s/ Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

Notice of Presentation Waived:

/s/ Michael B. Tierney
Michael B. Tierney, WSBA #13662
John M. Stellwagen, WSBA #27623
Attorneys for Defendant

/s/ Robert L. Schroeter
Robert L. Schroeter, WSBA #20399
Attorney for Plaintiff

Stipulation and Order of Dismissal - 2
Cause No. 3:11-cv-05134

**TIERNEY LAW FIRM, PC**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)